1  KAWAHITO SHRAGA & WESTRICK LLP
   James K. Kawahito (No. 234851)
2  e-mail: jkawahito@kswlawyers.com
   NOELLE SHANAHAN CUTTS (No. 259175)
3  e-mail: noelle@kswlawyers.com
   1990 South Bundy Dr., Suite 280
4  Los Angeles, CA 90025
   Telephone: (310) 746-5302
5  Facsimile: (310) 593-2520

6

7  ATTORNEYS FOR PLAINTIFF
   SOUTHERN CALIFORNIA DARTS ASSOCIATION

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12 | SOUTHERN CALIFORNIA DARTS            | CASE NO. 2:12-CV-01899RGK
   | ASSOCIATION, a California            |
13 | unincorporated association,          | [Assigned to the Hon. R. Gary
   |                                      | Klausner]
14 |                                      |
15 |              Plaintiff,              | **PLAINTIFF'S NOTICE OF**
   |        vs.                           | **MOTION AND MOTION FOR**
16 | SOUTHERN CALIFORNIA DARTS            | **PRELIMINARY INJUNCTION**
   | ASSOCIATION, INC., a California      |
17 | corporation, DINO M. ZAFFINA, an     |
18 | individual, and DOES 1-10,           | [MEMORANDUM OF POINTS AND
   |                                      | AUTHORITIES IN SUPPORT OF
19 |                                      | PLAINTIFF'S MOTION FOR
20 |                                      | PRELIMINARY INJUNCTION;
   |              Defendants.             | DECLARATIONS OF L. DAVID
21 |                                      | IRETE, MATT CANALE AND
22 |                                      | NAOMI STRAUS; APPENDIX OF
   |                                      | AUTHORITIES FILED
23 |                                      | CONCURRENTLY HEREWITH;
24 |                                      | [PROPOSED] ORDER LODGED
   |                                      | CONCURRENTLY HEREWITH]
25 |                                      |
26 |                                      |
27 |                                      | Date: April 16, 2012
   |                                      | Time: 9:00 a.m.
28 |                                      | Courtroom: 850

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 16, 2012 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 850 of this Court, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Southern California Darts Association, pursuant to Federal Rule of Civil Procedure 65(b) and the Lanham Act, 15 U.S.C. §1116(a), will and hereby does move this Court for an Order granting Plaintiff's Motion for Preliminary Injunction and for entry of the [Proposed] Order, lodged concurrently herewith, enjoining Defendants, pending final judgment in this matter, from:

(1) using the SCDA Marks in any manner;

(2) using any internet or other URLs containing the words "Southern California Darts Association," "SCDA," or "SoCal Darts"; and

(3) representing to the public, including but not limited to Association Members and Host Pubs, that Defendants have rights to the SCDA Marks.

SCDA also requests that the order affirmatively require Defendants to:

(1) file a notice of discontinuance of the trade name or a change of corporation name with the Secretary of State; and

(2) issue a notice to the Host Pubs, Association Members, and other darts organizations containing a fair summary of this court's decision, attached to the Proposed Order as Exhibit A.

Dated: March 19, 2012

                          KAWAHITO SHRAGA & WESTRICK LLP
                          James K. Kawahito

                          By: /s/ James Kawahito
                          *Attorneys for Plaintiff Southern California Darts Association*