1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SOUTHERN CALIFORNIA DARTS ASSOCIATION, a California unincorporated association,<br><br>Plaintiff,<br>vs.<br>SOUTHERN CALIFORNIA DARTS ASSOCIATION, INC., a California corporation, DINO M. ZAFFINA, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO. 2:12-CV-01899RGK<br><br>[Assigned to the Hon. R. Gary Klausner]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SOUTHERN CALIFORNIA DARTS ASSOCIATION, INC.**<br><br>Date: March 25, 2013<br>Time: 9:00 a.m.<br>Courtroom: 850 |
|---|---|

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

SCDA v. SCDA, Inc.
2:12-CV-01899 RGK

[Proposed] Order Granting Default

## I. FACTUAL BACKGROUND

On March 7, 2012, Southern California Dart Association ("SCDA") filed a complaint against Zaffina and Zaffina Co. (collectively "Defendants") in order to enforce its rights under section 43(a) of the Lanham Act. (Docket No. 1.) On July 17, 2012, counsel for Zaffina Co. filed a motion to withdraw. (Docket No. 71.) On August 20, 2012, the Court granted the motion to withdraw. (Docket No. 77.) On September 21, 2012, after failing to obtain counsel, the Court struck Zaffina Co.'s answer and ordered the clerk to enter default against them. (Docket Nos. 80, 81.) On February 25, 2013, this Court granted Plaintiff's motion for partial summary judgment, finding that Zaffina, and in turn Zaffina Co., had violated SCDA's rights under section 43(a) of the Lanham Act. (Docket No. 98.) On February 25, 2013, Plaintiff moved for this Court to enter default judgment against Zaffina Co.

## II. DISCUSSION

Federal Rule of Civil Procedure 55 allows for a party to request that a court enter judgment against a party who has already been found to have defaulted. Fed. R. Civ. P. 55(b)(2). When the party against whom the default judgment is being sought has previously appeared, notice of the motion must be provided to that party. (Id.) Furthermore, the Central District requires that an application for entry of default judgment be accompanied by a declaration stating: 1) when and against what party default was entered; 2) identification of the pleading to which default was entered; 3) whether defaulting party is an infant or incompetent, and; 4) that Service members Civil Relief Act (50 U.S.C. App. § 521) does not apply. L.R. 55-1.

Plaintiff has provided a declaration by James K. Kawahito which satisfies the requirements for an entry of default judgment under both Federal Rule of Civil Procedure 55 and Central District Local Rule 55-1. (See Declaration of

- 1 -

1  James K. Kawahito.)  As the defaulting Zaffina Co. is a California corporation,
2  not an infant, incompetent or member of the armed services and has been
3  provided notice of this request for entry of default judgment by Plaintiff, this
4  court finds it appropriate to enter default judgment against Zaffina Co pursuant to
5  the terms set forth in this Court's judgment entered against defendants Dino M.
6  Zaffina and Zaffina Co.   Therefore, this Court hereby GRANTS Plaintiff's
7  Request for Default Judgment against Zaffina Co. with respect to its claim for
8  injunctive relief as a result of Zaffina Co.'s violation of Section 43(a) of the
9  Lanham Act.

**IT IS SO ORDERED** this 2nd day of April, 2013.

*(signature: Gary Klausner)*

The Hon. R. Gary Klausner
U.S. District Court Judge

Respectfully submitted,

KAWAHITO SHRAGA & WESTRICK LLP
James K. Kawahito (No. 234851)
1990 South Bundy Dr., Suite 280
Los Angeles, CA 90025
Telephone:   (310) 746-5300
Facsimile:   (310) 593-2520
E-mail:      jkawahito@kswlawyers.com

ATTORNEYS FOR PLAINTIFF
SOUTHERN CALIFORNIA DARTS ASSOCIATION