JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA DARTS ASSOCIATION, a California unincorporated association,<br><br>Plaintiff,<br>vs.<br>SOUTHERN CALIFORNIA DARTS ASSOCIATION, INC., a California corporation, DINO M. ZAFFINA, an individual, and DOES 1-10,<br><br><br>Defendants. | CASE NO. 2:12-CV-01899RGK<br><br>[Assigned to the Hon. R. Gary Klausner]<br><br>**[PROPOSED] JUDGMENT AGAINST DEFENDANTS DINO M. ZAFFINA AND SOUTHERN CALIFORNIA DARTS ASSOCIATION, INC.** |

1  **TO THE ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that this Court, upon finding that Defendants Dino

3  M. Zaffina and Southern California Darts Association, Inc. have violated section

4  43(c) of the Lanham Act, issue the following judgment:

5      This Court vacates the preliminary injunction granted on April 23, 2012

6  (Docket No. 34.) and issues a permanent injunction pursuant to 15 U.S.C . §

7  1116(a),  enjoining Dino M. Zaffina and any business with which he has an

8  ownership interest, whether incorporated or not, their officers, agents, employees,

9  successors, and assigns, and all person in active concert or participation with

10  them who receive notice of the Order, either directly or otherwise, from:

11      (1) directly or indirectly infringing the SCDA Marks in any manner and/or

12  engaging in unfair trade practices and unfair competition in any manner with

13  SCDA by means of any activities including, but not limited to, selling, offering to

14  sell, distributing, advertising, promoting, or otherwise dealing, directly or

15  indirectly, in any way, in any goods or services bearing the SCDA Marks without

16  prior consent of Plaintiff.

17      (2) using any internet or other URLs containing the words "Southern

18  California Darts Association," "SCDA," or "SoCal Darts"; and

19      (3) representing to the public, including but not limited to Association

20  Members and Host Pubs, that Zaffina or any companies owned or run by him

21  have rights to the SCDA Marks.

22      Furthermore Mr. Dino M. Zaffina is ordered to:

23      (1)    file a notice of discontinuance of the corporate name Southern

24  California Darts Association, Inc. or a change of corporation name with the

25  Secretary of State; and

- 1 -

SCDA v. SCDA, Inc.              [PROPOSED] ENTRY OF JUDGMENT
2:12-CV-01899 RGK

     (2)    file cancellations of all fictitious business name registrations that use the SCDA Marks, or confusingly names, with the appropriate federal, state, county, city, municipal, or other local agencies or offices.

     (3)    verifiably destroy, or turn over to SCDA, all marketing products, business cards, advertisements, and any other materials Zaffina created or had created for purposes of promoting Southern California Darts Association, Inc.

     (4)    file with the Court and serve upon Plaintiff, within 30 days after service of this Order, a report in writing and under oath setting forth in detail the manner and form in which the Mr. Zaffina has complied with the injunction .

     Judgment is also entered against Defendants Zaffina and Southern California Darts Association, Inc., jointly and severally, in the amount of $115,705.28, plus the costs expended by Plaintiff in this case, in an amount to be determined by application to the Clerk of the Court.

     Finally, this Court enters default judgment against Southern California Darts Association, Inc. pursuant to Federal Rules of Civil Procedure 55.

**IT IS SO ORDERED** this 2nd day of April, 2013.

                        */s/ Gary Klausner*
                        The Hon. R. Gary Klausner
                        U.S. District Court Judge