Dino M. Zaffina
3250 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010
Telephone: (213) 200-8226
E-mail: dino@dinomzaffina.com

Defendant, Pro Se

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA DARTS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA DARTS ASSOCIATION, INC., et al.<br><br>Defendants. | CASE NO: 2:12-CV-01899 RGK (JCGx)<br>[Assigned to the Honorable Judge R. Gary Klausner in Department 850]<br><br>**DEFENDANT DINO M. ZAFFINA'S SEVENTH AMENDED REPORT AND RENEWED UNEQUIVOCAL DISAGREEMENT WITH THE SUBSTANCE OF THE JUDGMENT; DECLARATION OF DINO M. ZAFFINA IN SUPPORT THEREOF**<br><br>JUDGMENT ENTERED: 04/03/12<br>NOTICE OF APPEAL: 05/02/13 |

## INTRODUCTION

Dino M. Zaffina ("Zaffina") has timely complied on <u>August 1</u>, <u>October 30</u>, <u>November 7, 15, 29, 2013</u>, <u>January 6, 2014</u>, and <u>February 10, 2014</u>, with the judgment/order "as written"; notwithstanding Zaffina **still unequivocally disagrees** with the substance of the judgment (*a necessary clarification pursuant to current legal authority to protect Zaffina's right of appeal*).

1

Defendant Dino M. Zaffina's Seventh Amended Report and Renewed
Unequivocal Disagreement with the Substance of the Judgment

Zaffina sets forth this **"*Seventh Amended Report*"** to advise this Court of his continued compliance with the aforementioned judgment/order.

Since it is legally impossible for Zaffina to file any sort of document recommended by a **"*civilian third party*"** with <u>**zero legal authority**</u> to act on behalf of any government agency, <u>**Zaffina continues to attempt to engage the relevant government agencies**</u>, even though he fully complied on July 31, 2013.

Zaffina is still not yet in receipt of any requests or demands from anyone of the remaining three government agencies, even though he continues to send **"*written correspondence*"** to each of these agencies subsequent to the original **"*discontinuance notice*"** pursuant to the original judgment/order. [*See* <u>Zaffina's initial Report</u>, <u>Amended Report</u>, <u>Second Amended Report</u>, <u>Third Amended Report</u>, <u>Forth Amended Report</u>, <u>Fifth Amended Report</u>, and <u>Sixth Amended Report</u>]

If these agencies require any additional documents common sense and logic dictates that they would respond to **ALL OF ZAFFINA'S REQUESTS** and would indicate what, if any, additional documents are required other than the 100% compliance that Zaffina set forth in his **"*discontinuance notice*"** on July 31, 2013.

**Zaffina <u>will continue</u> to contact these government agencies, since they are the only authorities that can dictate if a document(s) is/are required and its exact title.**

Furthermore, since it is legally impossible for Zaffina to act on behalf of Southern California Darts Association, Inc. ("SCDA") because he is <u>**no longer an officer or director**</u> of the discontinued corporation as of July 31, 2013, <u>***once again***</u> these government agencies are the only entities to give Zaffina permission and/or an exemption to allow him to file any documents on behalf of SCDA, if they are required.

Again, this compliance is <u>**in no way a waiver of Zaffina's constitutional right to due process of law and statutory right of appeal**</u> before the Ninth Circuit, Appeal No. 13-55780.

# REPORT

I, Dino M. Zaffina, hereby declare as follows:

1. I am complying with the post-judgment Order as an individual, since I am no longer an officer or director of SCDA, and thus, do not have legal authority to act on behalf SCDA.

2. To date, other than the *"verbal confirmation"* that I received from each of the remaining three government agencies **confirming receipt** of my *"Discontinuance Notice"* and **actions requested therein** mailed on July 31, 2013, I have not yet received any additional correspondence, written or verbal, or requests or demands for additional documents to be filed.

3. On February 10, 2014, I sent each of these three remaining government agencies a **fifth** *"inquiry letter."* [*See* Exhibit 1]

4. I will continue to contact these government agencies in writing, since they are the only authorities that can dictate if a document(s) is/are required and its exact title. I have **no power over the actions of the government agencies**. All I can do is continue to correspond with them and will report the status to this Court.

5. In the event the Ninth Circuit reverses the judgment and permanent injunction, I will be **reincorporating** SCDA and **reinstituting** every specific name, etc. that has been involuntarily given up and documented in this report.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 10th day of February, 2014 at Los Angeles, California.

By: _____
Dino M. Zaffina, Defendant, Pro Se

3

Defendant Dino M. Zaffina's Seventh Amended Report and Renewed
Unequivocal Disagreement with the Substance of the Judgment

# Exhibit 1

Dino M. Zaffina
3250 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010
—
(213) 200-8226

February 10, 2014

State of California Secretary of State
Post Office Box 944230
Sacramento, California 94244-2300

        Re:   <u>Southern California Darts Association, Inc.—CA Corp. No. C3346472</u>

To Whom This May Concern:

On January 6, 2014, your government agency was mailed a **fourth inquiry letter** regarding the **previously discontinued** above-referenced corporation. [*See* letters on file dated July 31, October 29, and November 15 and 29, 2013, and January 6, 2014]. Please respond to my letters. Your agency is hanging me out to dry because I cannot do anything that the Court is requiring me to do with regard to the above-referenced corporation **without your authority**. I need your specific instructions on any further actions that I need to take, if any (e.g., filing a particular document). Furthermore, since I no longer have any legal authority to act on behalf of the above-referenced corporation, I need your written **permission** and/or **an exemption** to file on behalf of the discontinued corporation, in the event a document is needed.

Again, please respond to my letters or at least this one. Anyone of my letters would do. They all specify exactly what I am requesting of your government agency. See the next two paragraphs.

**If there is a particular form that needs to be completed, in addition to what has already been submitted to your agency, please provide me with the identity of the required form and where it can be located (e.g., Internet).**

**Also, since I am no longer an officer or director of the previously discontinued corporation, since July 31, 2013, please provide me with permission and/or an exemption, since I no longer have any legal authority to sign on behalf of the discontinued corporation.**

If you have any questions, do not hesitate to call. I can be reached at (213) 200-8226.

Thank you for your **immediate attention** to this matter, professional courtesy, and anticipated cooperation.

Very truly yours,

*[signature]*
Dino M. Zaffina

DMZ/md

Dino M. Zaffina
3250 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010
—
(213) 200-8226

February 10, 2014

Franchise Tax Board
Post Office Box 1565
Rancho Cordova, California 95741

    Re: <u>Southern California Darts Association, Inc.—CA Corp. No. C3346472</u>

On January 6, 2014, your government agency was mailed a **<u>fourth inquiry letter</u>** regarding the **<u>previously discontinued</u>** above-referenced corporation. [*See* letters on file dated <u>July 31</u>, <u>October 29</u>, and <u>November 15</u> and <u>29</u>, 2013, and <u>January 6, 2014</u>]. Please respond to my letters. Your agency is hanging me out to dry because I cannot do anything that the Court is requiring me to do with regard to the above-referenced corporation **<u>without your authority</u>**. I need your specific instructions on any further actions that I need to take, if any (e.g., filing a particular document). Furthermore, since I no longer have any legal authority to act on behalf of the above-referenced corporation, I need your written **<u>permission</u>** and/or **<u>an exemption</u>** to file on behalf of the discontinued corporation, in the event a document is needed.

Again, please respond to my letters or at least this one. Anyone of my letters would do. They all specify exactly what I am requesting of your government agency. See the next two paragraphs.

**If there is a particular form that needs to be completed, in addition to what has already been submitted to your agency, <u>please provide me with the identity of the required form</u> and where it can be located (e.g., Internet).**

**Also, since I am no longer an officer or director of the previously discontinued corporation, since July 31, 2013, please provide me with <u>permission</u> and/or <u>an exemption</u>, since I no longer have any legal authority to sign on behalf of the discontinued corporation.**

If you have any questions, do not hesitate to call. I can be reached at (213) 200-8226.

Thank you for your **<u>immediate attention</u>** to this matter, professional courtesy, and anticipated cooperation.

Very truly yours,

*/s/ Dino M. Zaffina*
Dino M. Zaffina

DMZ/md

Dino M. Zaffina
3250 Wilshire Boulevard, Suite 1510
Los Angeles, California 90010

(213) 200-8226

February 10, 2014

Internal Revenue Service
Cincinnati, Ohio 45999-0023

        Re:    <u>Southern California Darts Association, Inc.—CA Corp. No. C3346472</u>
             <u>Employer Identification Number 45-0710856</u>

On January 6, 2014, your government agency was mailed a **<u>fourth inquiry letter</u>** regarding the **<u>previously discontinued</u>** above-referenced corporation. [*See* letters on file dated <u>July 31</u>, <u>October 29</u>, and <u>November 15</u> and <u>29</u>, 2013, and <u>January 6, 2014</u>]. Please respond to my letters. Your agency is hanging me out to dry because I cannot do anything that the Court is requiring me to do with regard to the above-referenced corporation **<u>without your authority</u>**. I need your specific instructions on any further actions that I need to take, if any (e.g., filing a particular document). Furthermore, since I no longer have any legal authority to act on behalf of the above-referenced corporation, I need your written **<u>permission</u>** and/or **<u>an exemption</u>** to file on behalf of the discontinued corporation, in the event a document is needed.

Again, please respond to my letters or at least this one. Anyone of my letters would do. They all specify exactly what I am requesting of your government agency. See the next two paragraphs.

**If there is a particular form that needs to be completed, in addition to what has already been submitted to your agency, <u>please provide me with the identity of the required form</u> and where it can be located (e.g., Internet).**

Also, since I am no longer an officer or director of the previously discontinued corporation, since July 31, 2013, please provide me with <u>permission</u> and/or <u>an exemption</u>, since I no longer have any legal authority to sign on behalf of the discontinued corporation.

If you have any questions, do not hesitate to call. I can be reached at (213) 200-8226.

Thank you for your **<u>immediate attention</u>** to this matter, professional courtesy, and anticipated cooperation.

Very truly yours,

*[signature]*
Dino M. Zaffina

DMZ/md

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3250 Wilshire Boulevard, Suite 1510, Los Angeles, California 90010.

    On <u>February 10, 2014</u>, I served the foregoing documents described as:

**DEFENDANT DINO M. ZAFFINA'S SEVENTH AMENDED REPORT AND RENEWED UNEQUIVOCAL DISAGREEMENT WITH THE SUBSTANCE OF THE JUDGMENT; DECLARATION OF DINO M. ZAFFINA IN SUPPORT THEREOF**

<u>XXX</u> by placing ____ the original <u>XXX</u> a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>XXX</u> by MAIL to: **KAWAHITO SHRAGA & WESTRICK LLP**
                     **James Kawahito, Esq.**
                     **1990 S. Bundy Drive, Suite 280**
                     **Los Angeles, California 90025**

I deposited such envelope in the mail at Los Angeles, California.

    ____ (BY ELECTRONIC MAIL) A "courtesy copy" of this document was transmitted via electronic mail to _____.

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    Executed on <u>February 10, 2014</u>, at Los Angeles, California.

                                                  _____
                                                  Michael Orie